**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BILLY CHARLES AARON                                                                             PLAINTIFF
ADC #110649

V.                                        NO: 5:11CV00151 SWW/HDY

ARKANSAS DEPARTMENT
OF CORRECTION *et al.*                                                                       DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 30th day of June, 2011.

                                                                    /s/Susan Webber Wright
                                                                    UNITED STATES DISTRICT JUDGE